# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| Garret Daniel,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>Hunter Warfield, Inc.,<br><br>　　　　Defendant. | Case No.: 2:19-cv-04708-R-RAO<br><br>**ORDER [17]** |

　　Based on the Stipulation of counsel, the case is dismissed without prejudice, each party to bear its own attorney fees and costs.

Date: December 6, 2019

*/s/ Gary Klausner*

Hon. R. Gary Klausner

United States District Judge